## MT. HOOD STAGES, Inc., a corporation, also known as Pacific Trailways, v. Hector J. FLINT.

### No. 4345.

United States Court of Appeals
Tenth Circuit.

Sept. 7, 1951.

Stewart, Cannon & Hanson, Salt Lake City, Utah, for appellant.

Horace J. Knowlton, Salt Lake City, Utah, for appellee.

402

Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed September 7, 1951, pursuant to stipulation.